## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| RICH LAND SEED CO., INC., ET AL | CIVIL ACTION NO. 3:21-1070 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| BLSW PLEASURE CORP., ET AL. | MAG. JUDGE KAYLA D.  MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 16] having been considered, together with the Objection [Doc. No. 17] filed by Plaintiff on August 12, 2021, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED** that Plaintiffs' motion to remand [Doc. No. 12] is **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' claims against Defendants, BLSW Pleasure Corporation; Bryson Oil & Gas, Inc.; C H Cuatro; Equitable Petroleum Corporation; Lo-Ho-Fi Corporation; Loe Oil & Gas Corporation; Marlog, Inc.; Quad Drilling Corporation; S. H. Loe Oil Corporation; WG Gas LLC; and WG Gas, LLC, are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' claims brought as relator on behalf of the State of Louisiana and the Commissioner of Conservation are **DISMISSED WITHOUT PREJUDICE**.

**Monroe, Louisiana,** this 16th day of August, 2021.

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**