UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **RICH LAND SEED CO., INC., ET AL.** | **CIV. ACTION NO. 3:21-01070** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **BLSW PLEASURE CORP., ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 75] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Rule 12(b)(6) motions to dismiss filed by Defendants, Chevron Pipe Line Company [Doc. No. 47] and Marathon Oil Company [Doc. No. 53] are **GRANTED IN PART** and **DENIED IN PART**. The motion is **GRANTED** to the extent that Rich Land has asserted claims, theories of recovery, and/or elements of damages for fraud; standalone claim under Restatement (Second) of Torts § 324A; Louisiana Civil Code Article 667; Louisiana Mineral Code Article 11; express or implied breach of lease, including those as a third-party beneficiary; breach of any obligations as a servitude owner; exemplary/punitive damages; civil fruits; unjust enrichment; land loss, subsidence, and backfilling; any standalone claim under Act 312; and claims under Louisiana Civil Code Article 2688. These claims, theories, and/or elements are **DISMISSED WITH PREJUDICE**. FED. R. CIV. P. 12(b)(6).

**IT IS FURTHER ORDERED** that, in all other respects, Defendants' motions [Doc. Nos. 47 & 53] are **DENIED.**

**MONROE, LOUISIANA**, this 15th day of June 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE